IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41134
Summary Calendar

_____

JOHN WILLIAM CRAWFORD, III,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:96-CV-160
- - - - - - - - - -
September 10, 1997

Before JOLLY, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

John William Crawford, III, Texas state prisoner #537111, appeals from the district court's denial of his petition for writ habeas corpus pursuant to 28 U.S.C. § 2254. This court granted Crawford a certificate of appealability on the issue whether a Texas Department of Criminal Justice rule, enacted subsequent to the date of Crawford's offense, directing that forfeited good-time credits would no longer be restored, deprived Crawford of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his rights under the Ex Post Facto Clause.  We have reviewed the record and find no reversible error.  See <u>Hallmark v. Johnson</u>, ___ F.3d ___ (5th Cir. July 25, 1997, No. 95-20752), 1997 WL 420147.  Accordingly, the judgment of the district court is AFFIRMED.